**Appeal dismissed and Memorandum Opinion filed July 11, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00275-CR

---

**CARLOS GUZMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1725294**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to a charge of murder. The trial court sentenced appellant to confinement for 45 years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears*

*v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Appellant's waiver reflects that he entered into an agreement with the State prior to trial in which he agreed to waive any right of appeal in exchange for the state giving up its right to a jury trial. That demonstrates appellant validly waived his right of appeal. *See Lopez v. State*, 595 S.W.3d 897, 900–01 (Tex. App.—Houston [14th Dist.] 2020, pet. ref'd).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).